**Opinion issued May 30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00313-CV

_____

**MICHAEL ADAMS, Appellant**

**V.**

**SUN AMERICA BRENHAM LLC, Appellee**

---

**On Appeal from the 335th District Court**
**Washington County, Texas**
**Trial Court Case No. 37538**

---

## MEMORANDUM OPINION

Appellant, Michael Adams, has not timely filed a brief in this appeal. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant filed a notice with our Court stating that appellant does not intend to file a

brief. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.